IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT W. HUNTER | § | |
| v. | § | CIVIL ACTION NO. 6:05cv278 |
| U.S. MARSHAL, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Robert Hunter, proceeding *pro se*, filed this civil rights lawsuit complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On November 3, 2005, Hunter filed a motion asking that his lawsuit be dismissed. On November 4, 2005, the Magistrate Judge issued a Report recommending that this motion be granted. Hunter received a copy of this Report but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has examined the Plaintiff's pleadings, the Report of the Magistrate Judge, and all documents and records in the case. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

1

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice on the motion of the Plaintiff. It is further

ORDERED that the motion of the Defendants, filed December 2, 2005, asking to be relieved of disclosure obligations is GRANTED. No answer need be filed nor disclosures made in this case, nor any other actions taken by the Defendants, unless and until this Court orders otherwise. Finally, it is

ORDERED that any and all motions which may be pending in this lawsuit are hereby DENIED.

**So ORDERED and SIGNED this 21st day of December, 2005.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**